UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                 :

AUGUSTO YALLICO; PIO PIO 34  INC.;
PIO PIO EXPRESS INC.; SIPAN          :
RESTAURANT OF NEW YORK INC.;
PIO PIO OCHO INC.; PIO PIO NYC, INC.;   :    Civil Action No. 13-CV-1616 (AJN) (AJP)
POLLOS A LA BRASA PIO, PIO, INC.;
PIO-PIO RESTAURANT, INC.; and      :
PIO PIO 85 INC.,                        **NOTICE OF MOTION**
                                 :

     Plaintiffs,                  :

                                 :
       - vs. -                  ECF Case
                                 :

PIO PIO RIKO CORP.; PIO PIO RIKO 996
CORP.; PIO PIO RIKO ASTORIA INC.;    :
PIO PIO RIKO JAMAICA INC.; PIO PIO
RIKO SEA CORP.; RITA S. BURGOS;    :
WALTER G. BURGOS; and
JOHN DOES 1 THROUGH 10,         :

     Defendants.                :
-------------------------------------------------------------x

PLEASE TAKE NOTICE, that pursuant to the Court's Order of July 22, 2013, and upon

the accompanying Levine Declaration in support thereof, and upon all prior papers and

proceedings herein, Plaintiffs Augusto Yallico; Pio Pio 34 Inc.; Pio Pio Express Inc.; Sipan

Restaurant of New York Inc.; Pio Pio Ocho Inc.; Pio Pio NYC, Inc.; Pollos a La Brasa Pio, Pio,

Inc.; Pio-Pio Restaurant, Inc.; and Pio Pio 85 Inc. (together, "Plaintiffs"), shall move this Court,

before the Honorable Alison J. Nathan, at the United States Courthouse, 40 Foley Square, New

York, New York, 10007, in Courtroom 906, at a date and time designated by the Court, for an

Order (a) reinstating this matter upon the docket of the Court; and (b) for such other and further

relief as the Court may deem just and proper, including but not limited to attorney's fees and

costs incurred in connection with this motion.

Dated:  July 31, 2013          Respectfully submitted,
New York, New York


                               **LAW OFFICES OF MATTHEW L. LEVINE, PLLC**
                               By:  _____/s/_____
                                       Matthew L. Levine
                               565 Fifth Avenue, 7th Floor
                               New York, NY 10017
                               Tel:  (212) 880-9517
                               Fax: (888-239-0120)
                               matt@matthewlevinelaw.com
                               *Attorneys for Plaintiffs*

TO:

  Joseph M. Heppt, Esq.
  260 Madison Avenue
  New York, NY 10116
  Tel:  (212) 973-0839
  Fax:  (212) 973-0891
  jmheppt@hepptlaw.com
  *Attorneys for Defendants*



Cc:    Honorable Andrew J. Peck
       United States Magistrate Judge